IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of
Sydney Elise Fairbairn - #122349

No. C 12-mc-80016 WHA

**ORDER TO SHOW CAUSE
RE SUSPENSION**

On January 20, 2012, this Court ordered respondent Sydney Elise Fairbairn to show cause in writing, on or before February 29, 2012, as to why her name should not be removed from the roll of attorneys authorized to practice before this Court, pending further notice from the State Bar of California.

On January 30, Ms. Fairbairn filed a response stating that she was currently serving a 60-day suspension from the State Bar of California commencing on December 9, 2011.

Ms. Fairbairn is hereby ordered to file a written declaration stating whether or not she has been reinstated as an active member in good standing with the State Bar of California, due by **NOVEMBER 19, 2012**.

**IT IS SO ORDERED.**

Dated: September 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

cc: STATE BAR OF CALIFORNIA