IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

SYDNEY ELISE FAIRBAIN,

    State Bar No. 122349

/

No. C 12-80016 WHA

**ORDER RE SUSPENSION**

On September 9, an order issued directing Ms. Fairbain to file a written declaration by November 19 stating whether she has been reinstated as an active member in good standing with the State Bar of California. On November 16, Ms. Fairbain timely provided a declaration and proof of her reinstatement.

Therefore, Ms. Fairbain shall not be suspended by this Court. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: November 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE